885 A.2d 951

IN THE MATTER OF GEORGE J. COTZ, AN ATTORNEY
AT LAW (ATTORNEY NO. 010711974).

November 23, 2005.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **GEORGE J. COTZ** of **MAHWAH,** who was admitted to the bar of this State in 1974, and who was suspended from the practice of law for a period of six months effective April 22, 2005, by Order of this Court filed March 24, 2005, be restored to the practice of law, effective immediately.

885 A.2d 951

IN THE MATTER OF KENNETH P. GLYNN, AN ATTORNEY
AT LAW (ATTORNEY NO. 029341976).

November 23, 2005.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **KENNETH P. GLYNN** of **FLEMINGTON,** who was admitted to the bar of this State in 1977, and who was suspended from the practice of law for a period of six months effective July 12, 2004, by Order of this Court filed June 17, 2004, be restored to the practice of law, effective immediately.